IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| JUDY WILLIAMS, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 3:06-cv-400 |
| | ) | (Phillips/Inman) |
| REDFLEX TRAFFIC SYSTEMS, | ) | |
| INC., *et al.*, | ) | |
| | ) | |
| Defendants | ) | |

## MEMORANDUM AND ORDER

Upon a careful review of the pleadings and memoranda filed in this case, the court finds that there is insufficient evidence in the record from which to make a determination with regard to whether or not plaintiff has standing to decide plaintiff's constitutional claims. The parties will be allowed to conduct limited discovery at this time addressing solely issues regarding plaintiff's standing. In particular, this discovery should address, among other things, the hearing and appeals process available to persons ticketed under the Knoxville Photo Enforcement Program. The parties should complete this discovery within thirty (30) days from the date of the entry of this order. Within forty-five (45) days from the date of the entry of this order, the parties may submit supplemental briefs addressing solely the plaintiff's standing to pursue federal constitutional claims.

**E N T E R :**

       *s/ Thomas W. Phillips*
UNITED STATES DISTRICT JUDGE