IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| JUDY WILLIAMS, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 3:06-cv-400 |
| | ) | (Phillips/Inman) |
| REDFLEX TRAFFIC SYSTEMS, INC., *et al.*, | ) | |
| | ) | |
| Defendants | ) | |

## **JUDGMENT ON DECISION BY THE COURT**

This case came before the court on defendants' motions for summary judgment. The Honorable Thomas W. Phillips, United States District Judge, having rendered a memorandum opinion granting defendants' motions,

It is ORDERED and ADJUDGED that defendants' motions for summary judgment [Court Files #34, #36] are GRANTED, whereby plaintiff's complaint is DISMISSED on the merits, with the parties to bear their own costs of this action.

DATED at Knoxville, Tennessee, this ___ day of March, 2008.

                                             *s/ Patricia L. McNutt*
                                             CLERK OF COURT